No. 7883.

Henry Beckemeyer vs. Margaret Eckelman.

On Motion to Dismiss.

No days of grace allowed on term granted by this Court to file transcript of appeal.

No. 7681.

Heirs of Mallerich vs. Mary Germaine.

Writs of possession and *fieri facias* issued under judgment of this Court, arrested by Injunction. The Injunction dissolved and damages granted.

No. 7619.

Dr. O. Anfoux vs. M. L. Beebe.

Appeal dismissed for want of appealable amount.

No. 8047.

Bernard Barthe vs. J. B. Camores et al.

Appeal dismissed by agreement of both parties.

No. 7895.

State of Louisiana ex rel. J. J. Finney vs. Judge of the Sixth District Court.

Writ of Prohibition granted by this Court to prevent the District Judge from entertaining or considering the application for a writ of *habeas corpus* of a prisoner under sentence of conviction in a criminal prosecution.

No. 6069.

James L. Swan vs. City of New Orleans.

City of New Orleans not responsible for alleged damages because the same resulted from the execution of a contract made by an Act of the Legislature.

No. 6372.

J. J. Hays vs. City of New Orleans.

Suit to enjoin the execution of certain judgments for city taxes, on grounds which are held by the Court untenable, except one, viz: that the name of the delinquent taxpayer not having been correctly stated in the publication which serves for citation, the judgment rendered thereon is null: and that in case of such constructive citations the exception needs not be pleaded *in limine*